1   Mark R. Vermeulen  [CSBN 115381]
    Law Office of Mark R. Vermeulen
2   755 Florida Street #4
    San Francisco, CA 94110.2044
3   Phone: 415.824.7533
    Fax: 415.824.4833
4   vermeulen@mindspring.com

5   Attorney for Defendant
    SALVADOR LOMELI
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,            No.  3:16-mj-70454 SK

12              Plaintiff,               **STIPULATION AND [~~Proposed~~] ORDER TO
                                         CONTINUE HEARING AND TO EXCLUDE
13        v.                             TIME**

14  SALVADOR LOMELI,                     Date:  June 2, 2016
                                         Time:  9:30 a.m.
15              Defendant.

16        This matter is set for a preliminary hearing or arraignment on an indictment before this Court on

17  June 2, 2016.  The parties request that this matter be continued to June 8, 2016 at 9:30 a.m. for further

18  setting.  Pursuant to Fed. R. Crim. P. 5.1(d), the defendant consents to extending the time limits set forth

19  in Fed. R. Crim. P. 5.1(c) to exclude from the 21-day limit the time from June 2, 2016 to the newly

20  proposed hearing date June 8, 2016 to accommodate this request, and defense counsel needs to obtain

21  and review discovery, to conduct investigation, and to otherwise prepare the defense.  As a result, the

22  parties request that the Court exclude time between June 2, 2016 and June 8, 2016 for effective

23  preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18

24  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The extension is not sought for delay, and the parties agree the

25  / / /

26  / / /

27  / / /

28

STIPULATION AND [~~Proposed~~] ORDER
CONTINUING HEARING AND EXCLUDING TIME

1  ends of justice served by granting the continuance outweigh the best interests of the public and the

2  defendant in a speedy trial.

3  Dated:  May 26, 2016                          Brian J. Stretch
                                                United States Attorney
4

5                                               /S/ _____
                                                Laura Vartain-Horne
6                                               Matthew L. McCarthy
                                                Assistant United States Attorneys
7

8  Dated:  May 26, 2016                         /S/ _____
                                                Mark R. Vermeulen
9                                               Attorney for Defendant
                                                SALVADOR LOMELI
10

11                                      ORDER

12        IT IS HEREBY ORDERED that this matter is continued to June 8, 2016 at 9:30 a.m. for further

13  setting.

14        IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 5.1(d), the 21-day limit set forth

15  in Fed. R. Crim. P. 5.1(c) shall be extended, such that the 21-day limit shall run from June 8, 2016.

16        IT IS FURTHER ORDERED that time between June 2, 2016 and June 8, 2016 is excluded

17  pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into account the

18  exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based upon the

19  parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of justice

20  served by granting the continuance outweigh the best interests of the public and the defendant in a

21  speedy trial.

22        IT IS SO ORDERED.

23  Dated:  May 27, 2016                         _____
                                                Nandor J. Vadas
24                                              United States Magistrate Judge

25

26

27

28

                                          -2-
STIPULATION AND [Proposed] ORDER
CONTINUING HEARING AND EXCLUDING TIME